UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THE HARVARD DRUG GROUP, LLC

    Defendant.
_____/

Civil No. 2:11-cv-12337
Honorable Patrick J. Duggan
Magistrate Judge R. Steven Whalen

**CONSENT JUDGMENT AND FINAL ORDER**

Having reviewed the stipulation of the parties, and being otherwise advised in the matter, IT IS ORDERED that judgment be and hereby is entered in favor of the United States and against The Harvard Drug Group LLC pursuant to the terms that are set forth in the parties' March 28, 2011, settlement agreement. The court retains jurisdiction should either party seek judicial enforcement of the terms of that settlement agreement.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated:  June 29, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 29, 2011, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager